TYRONE ALBERT THOMPSON
Plaintiff's full name(s)

05199-028
Prisoner or registration number

PO BOX 12015
Street address or postal box number

TERRE HAUTE, IN 47808
City, state and zip code

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION

2007 MAR 19 AM 9:49

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

2:07-cv-0050 LJM-WTL

Civil Action No. _____
(To be supplied by the Court)

TYRONE ALBERT THOMPSON  Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

VICK KILLION DHO CHAIRMAN
LIEUTENANT GREEN
RN. T. BIXLER
CORRECTION OFFICER BUESCHER

_____ Defendant(s).
(Enter above the full name of ALL defendants in this action.
Do not use "et al.")

## CIVIL RIGHTS COMPLAINT

## I. Parties

**A. Plaintiff's Information:**

Name and Prisoner Number of Plaintiff: TYRONE ALBERT THOMPSON 05199-028

Present Place of Confinement or Mailing Address: USP, PO BOX 12015 TERRE HAUTE, IN 47808

**B. Defendant's Information:** *(NOTE: To provide information about more defendants than there is room for here, use this format on another sheet of paper.)*

Name of Defendant 1: VICK KILLION

Title (If applicable): DHO CHAIRMAN

Address of Defendant: TERRE HAUTE USP, 4700 BUREAU ROAD SOUTH, TERRE HAUTE, IN 47802

Name of Defendant 2: BUESCHER

Title (If applicable): CORRECTION OFFICER

Address of Defendant: TERRE HAUTE USP, 4700 BUREAU ROAD SOUTH, TERRE HAUTE, IN 47802

Name of Defendant 3: GREEN

Title (If applicable): LIEUTENANT

Address of Defendant: TERRE HAUTE USP, 4700 BUREAU ROAD SOUTH, TERRE HAUTE, IN 47802

Name of Defendant 4: T. BIXLER

Title (If applicable): REGISTER NURSE

Address of Defendant: TERRE HAUTE USP, 4700 BUREAU ROAD SOUTH, TERRE HAUTE, IN 47802

## II. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1331.   *(If you wish to assert jurisdiction under additional statutes, you may fill in the title and section below.)*

__NO__ U.S.C. § __NO__
__NO__ U.S.C. § __NO__

## III. Basis for Claims

Check any Applicable Item(s):

_____ Complaint Under the Civil Rights Act, **42 U.S.C. § 1983**(state, county, or municipal defendants)

__✓__ Complaint under *Bivens v. Six Unknown Federal Narcotics Agents*, **403 U.S. 388 (1971)** (federal defendants)

_____ Other (cite statute, if known)_____

## IV. Claims

**BRIEFLY** state the background of your case:

__ASSAULT BY STAFF__
__UNPROFESSIONAL, INAPPROPRIATE CONDUCT__
__OR MISCONDUCT BY STAFF__
_____
_____

**Claim I:** (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

__ON 7/18/2006 DHO Chairman V. Killion Filed Falsified__
__Documentations Against me which caused for me__

to be ASSAULTED BY Lt. GREEN AND C/O BUESCHER.

**Claim II:** ON 7/18/2006 Lt. GREEN AND C/O BUESCHER both took turns choking ME IN retaliation FOR Allegdly spitting IN DHO chAIRMANS V. Killion FACE

**Claim III:** ON 7/18/2006 RN.T. BIXLER didn't do OR SAY ANYthing to Stop Lt. GREEN OR C/O BUESCHER FROM ASSAULTING ME. She did Not tell the truth About the RestRAINts being to tight Around My WAist When Lt. CAMPELL ASked her About it.

### V. Previous Lawsuits and Administrative Relief

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

___ Yes   ✓ No

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "IV. Previous Lawsuits and Administrative Relief".)

a. Parties to previous lawsuit:

Plaintiff(s): ___NO___

Defendant(s): ___NO___

b. Name and location of court and docket number: ___NO___

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: ___NO___

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I have previously exhausted available administrative remedies regarding the or events acts complained of in Part III of this complaint. __✓__ Yes ____ No

If your answer is "Yes," briefly describe how relief was sought and the result:

I Filed Administrative Remedies
Please See Attachments

### VI. Previously Dismissed Actions or Appeals

1. If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "V. Previously Dismissed Actions or Appeals."

a. Parties to previous lawsuit:

   Plaintiff(s): ___NO___

   Defendant(s): ___NO___

b. Name and location of court and docket number: ___NO___

c. Grounds for dismissal:   NO

( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: __NO__

e. Approximate date of disposition: __NO__

## VII. Request for Relief

I request the following relief:

TO EMBURST ME FINACIALLY FOR SUFFERING GREAT humiliation, physical pain, EMBARRASSMENT, AND MENTAL SUFFERING AS A RESULT OF the STAFFS MEMBERS UNLAWFUL CONDUCT, I SEEK 100,000 dAMAGES FROM EACH OF thEM.

_____   Tyrone Celbert Thompson
Signature of attorney (if any)        Plaintiff's Signature

Date: 3/15/2007