Attach.
THA-1330
03-14-88

## U. S. PENITENTIARY/FEDERAL PRISON CAMP

Terre Haute, Indiana

### INFORMAL RESOLUTION FORM

A-116

Bureau of Prisons Program Statement 1330.7, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff shall attempt to informally resolve any issue before an inmate files a request for Administrative Remedy."

In keeping with the spirit and intent of Bureau of Prisons Program Statement 1330.7, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM
=============================================================

INMATE'S NAME: TYRONE THOMPSON  REG. NO.: 05199-028  UNIT: F/2
DATE/TIME COMPLAINT RECEIVED FROM INMATE: 7-24-06 7:45 A.M.
NATURE OF COMPLAINT: SEE Attachment


ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: Your Complaint has been forwarded to the SIA and will be addressed at that level. You will not be made aware of that outcome.

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION
ATTEMPT: _____

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                                    DATE

INMATE'S SIGNATURE: _____
                  SIGNATURE INDICATES INMATE'S ACCEPTANCE OF
                                RESOLUTION

(OVER)

Attachment 5
Page 2
THA-1330.7G
03-14-88

INFORMAL RESOLUTION **WAS NOT ACCOMPLISHED**:   ( ✓ ) CHECK BOX

EXPLANATION FOR NON-RESOLUTION:   **TO BE COMPLETED BY COUNSELOR**

Inmate not satisfied with response.

_____

_____

_____

EXTENSION GRANTED ON: _____

EXTENSION GRANTED BY: _____
                        NAME AND TITLE

CORRECTIONAL COUNSELOR'S SIGNATURE: N. Burton   DATE: _____

UNIT MANAGER'S COMMENTS, ASSISTANCE, AND REVIEW: _____

_____

_____

UNIT MANAGER'S SIGNATURE: JB   DATE: 7-31-06

DATE ADMINISTRATIVE REMEDY ISSUED: 7/25/06

DATE ADMINISTRATIVE REMEDY RECEIVED BACK FROM INMATE: 7/31/06

DATE ADMINISTRATIVE REMEDY DELIVERED TO PARALEGAL SPECIALIST: 7/31/06


DISTRIBUTION:

1. If complaint is **INFORMALLY RESOLVED**, forward original Informal Resolution Form to the Administrative Remedy Clerk [AW(O) Secretary].

2. If complaint **IS NOT INFORMALLY RESOLVED**, forward original Informal Resolution Form, attached to Administrative Remedy, to the Paralegal Specialist for review.

**U.S. DEPARTMENT OF JUSTICE**   **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: THOMPSON TYRONE A.   05199-028   F-2   USPTH
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A- INMATE REQUEST**

SEE Attachment
INFORMAL RESOLUTION FORM
SENSITIVE 9

AUG 6, 2006
DATE　　　　　　　　　　Tyrone albert Thompson
　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B- RESPONSE**



RECEIVED AUG 9 2006 USP TERRE HAUTE   See Attachment

_____　　_____
DATE　　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE　　CASE NUMBER: 422821-71

　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　_____
DATE　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)　　BP-229(13)

## AFFIDAVIT

I, Tyrone Albert Thompson, register No.#05199-028 is being targeted and treated unfairly here at USP Terre Haute due to my Discipline Data Chronological Disciplinary Record based on Code 205(Engaging In Sexual Acts) incidents reports,. DHO Officer V. Killion have had bad personal grudges against me before because of sexual behavior on 03-08-2002 for Code 206 making sexual proposals. DHO V. Killion stated to me on July 18, 2006 while at a DHO hearing for a code 205(Engaging In Sexual Acts) that I was a pervert and someone who was very nasty and who should spend the rest of his life behind prison walls and if it was left up to him he would throw away the key. DHO V. Killion has filed Falsifide documentations against me Codes 224 and 312 on July 18,2006. I, DHO V. Killion has placed my life and well-beings in jeopardy here at USP Terre Haute around other staff members. On July 18,2006 I Tyrone A. Thompson register No.#05199-028 was assaulted by two staff members here at USP Terre Haute in retaliation of the falsifide propaganda documentations that DHO V. Killion has claim against me which is also on file. DHO V.Killion first of all single out and characterize me as a pervert due to discplinary history. He has demonstated and shown the act of placing his personal grudge against me by stating(If it was left up to him he would throw away the key) and he has filed falsifide documentations against me in which in retaliation has caused me to be assaulted by two staff members. I seek criminal justice against DHO. V. Killion in this case for placing my life and well-beings in jeopardy here at USP Terre Haute.

Tyrone Albert Thompson
05199-028/ 7-30-2006

**Remedy Number: 422821-F1**

## PART B - RESPONSE

This is in response to your Request for Administrative Remedy (BP-229), receipted August 9, 2006. Specifically, you allege that staff are acting in a manner which is unprofessional and unethical.

The Federal Bureau of Prisons, as well as the Federal Correctional Complex, Terre Haute, is tasked with providing a safe and secure environment. All allegations are reviewed and referred to the appropriate office for investigation. The information contained in the Request for Administrative Remedy (BP-229) has been referred to the appropriate Bureau of Prisons component. Since this investigation involves a staff member, you will not be advised as to the status or outcome. This is in accordance with the employees rights.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

8/29/06
Date

Mark A. Bezy, Warden

U.S. Department of Justice

Regional Administrative Remedy Appeal

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: THOMPSON TYRONE A  05199-028  F5  USPTH
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

SEE ATTACHMENTS

8/30/2006
DATE

Tyrone Albert Thompson
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____   _____
DATE                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____   _____
DATE                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Admin Remedy Number:** 422821-R1

This is in response to your Regional Administrative Remedy Appeal dated August 30, 2006, wherein you claim to have been assaulted by staff. For relief, you request criminal prosecution of a staff member.

We have reviewed your appeal and the Warden's response dated August 29, 2006. We have discussed your claims with staff who have informed us that your claims have been referred to the appropriate Bureau component for investigation. The results of the investigation and the action taken against staff, if any, are not disclosable to you. Accordingly, it would be inappropriate for us to comment further during the investigation.

Based on the above information, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

9/28/06
Date

Michael K. Nalley, Regional Director

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Thompson Tyrone A**    **05199-028**    **F2**    **USPTh**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

# 4 Sheets Attached

**NOV 9, 2006**
DATE

*Tyrone Albert Thompson*
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

**RECEIVED**
NOV 1 5 2006
Administrative Remedy Section
Federal Bureau of Prisons

DATE
ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: **422821-A2**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002
UPN LVN

## AFFIDAVIT

I, Tyrone Albert Thompson, register No.#05199-028 is being targeted and treated unfairly here at USP Terre Haute due to my Discipline Data Chronological Disciplinary Record based on Code 205(Engaging In Sexual Acts) incidents reports,. DHO Officer V. Killion have had bad personal grudges against me before because of sexual behavior on 03- 08- 2002 for Code 206 making sexual proposals. DHO V. Killion stated to me on July 18, 2006 while at a DHO hearing for a code 205(Engaging In Sexual Acts) that I was a pervert and someone who was very nasty and who should spend the rest of his life behind prison walls and if it was left up to him he would throw away the key. DHO V. Killion has filed Falsifide documentations against me Codes 224 and 312 on July 18,2006. I, DHO V. Killion has placed my life and well- beings in jeopardy here at USP Terre Haute around other staff members. On July 18,2006 I Tyrone A. Thompson register No.#05199-028 was assaulted by two staff members here at USP Terre Haute in retaliation of the falsifide propaganda documentations that DHO V. Killion has claim against me which is also on file. DHO V.Killion first of all single out and characterize me as a pervert due to discplinary history. He has demonstated and shown the act of placing his personal grudge against me by stating(If it was left up to him he would throw away the key) and he has filed falsifide documentations against me in which in retaliation has caused me to be assaulted by two staff members. I seek criminal justice against DHO. V. Killion in this case for placing my life and well- beings in jeopardy here at USP Terre Haute.

*Tyrone Albert Thompson*
Tyrone Albert Thompson
05199- 028/  7- 30- 2006

**Administrative Remedy No. 422821-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege staff misconduct.

Staff conduct is governed by Bureau of Prisons Program Statement 3420.09, Standards of Employee Conduct. The Bureau of Prisons takes allegations of staff misconduct seriously. As indicated in your responses, your complaint of staff misconduct was forwarded to another Bureau component for further review. This response is provided for informational purposes only.

January 9, 2007
Date

Harrell Watts, Administrator
National Inmate Appeals