Attachment 5
THA-1330.7G
03-14-88

U. S. PENITENTIARY/FEDERAL PRISON CAMP

Terre Haute, Indiana

## INFORMAL RESOLUTION FORM

A-116

Bureau of Prisons Program Statement 1330.7, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff shall attempt to informally resolve any issue before an inmate files a request for Administrative Remedy."

In keeping with the spirit and intent of Bureau of Prisons Program Statement 1330.7, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

**ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM**
================================================

INMATE'S NAME: TYRONE THOMPSON   REG. NO.: 05199-028   UNIT: F/2

DATE/TIME COMPLAINT RECEIVED FROM INMATE: 7-24-06 7:45 A.M.

NATURE OF COMPLAINT: SEE Attachment

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: Your Complaint has been forwarded to the SIA and will be addressed at that level. You will not be made aware of that outcome.

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION

ATTEMPT: _____

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                                        DATE

INMATE'S SIGNATURE: _____
            SIGNATURE INDICATES INMATE'S ACCEPTANCE OF
                        RESOLUTION

(OVER)

Attachment 5
Page 2
THA-1330.7G
03-14-88

INFORMAL RESOLUTION **WAS NOT ACCOMPLISHED**:    ( ✓ ) CHECK BOX

EXPLANATION FOR NON-RESOLUTION:  **TO BE COMPLETED BY COUNSELOR**

Inmate not satisfied with response.

EXTENSION GRANTED ON: _____

EXTENSION GRANTED BY: _____
                        NAME AND TITLE

CORRECTIONAL COUNSELOR'S SIGNATURE: _D. Burton_ DATE: _____

UNIT MANAGER'S COMMENTS, ASSISTANCE, AND REVIEW: _____

UNIT MANAGER'S SIGNATURE: _JB_ DATE: 7-31-06

DATE ADMINISTRATIVE REMEDY ISSUED: 7/25/06
DATE ADMINISTRATIVE REMEDY RECEIVED BACK FROM INMATE: 7/31/06
DATE ADMINISTRATIVE REMEDY DELIVERED TO PARALEGAL SPECIALIST: 7/31/06

DISTRIBUTION:

1. If complaint is **INFORMALLY RESOLVED**, forward original Informal Resolution Form to the Administrative Remedy Clerk [AW(O) Secretary].

2. If complaint **IS NOT INFORMALLY RESOLVED**, forward original Informal Resolution Form, attached to Administrative Remedy, to the Paralegal Specialist for review.

U.S. DEPARTMENT OF JUSTICE      **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **THOMPSON TYRONE A.**    **05199-028**    **F-2**    **USPTH**
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A- INMATE REQUEST**

SEE Attachment
INFORMAL RESOLUTION FORM

7-30-2006               Tyrone Albert Thompson
DATE                                SIGNATURE OF REQUESTER

**Part B- RESPONSE**

[RECEIVED AUG 3 — USP TERRE HAUTE stamp]

8-4-06
DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: 42235I-7

---

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                     BP-229(13) APRIL 1982

Case 2:07-cv-00050-LJM-WTL   Document 1-2   Filed 03/19/07   Page 4 of 7 PageID #: 14

**Remedy ID: 422351-F1**

## PART B - RESPONSE

This is in response to your Administrative Remedy (BP-229), receipted August 3, 2006. Specifically, you allege unprofessional conduct by a staff member at the Federal Correctional Complex, United States Penitentiary, Terre Haute, Indiana.

A review of the issue raised in your BP-229 has been conducted. The Federal Bureau of Prisons, as well as the United States Penitentiary, Terre Haute, is tasked with providing a safe and secure environment while maintaining a high level of professionalism by all staff. All allegations are reviewed and referred to the appropriate Bureau of Prison's component for investigation.

Inmates are not advised or made aware of the outcome of the investigation. This is due to the rights of the individual in the employee disciplinary process.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_8-9-06_
Date

_[signature]_
Mark A. Bezy, Warden

Case 2:07-cv-00050-LJM-WTL   Document 1-2   Filed 03/19/07   Page 6 of 7 PageID #: 16

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **THOMPSON TYRONE A.**  05199-028  F-2  USPTH
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

SEE ATTACHMENTS.

8, 14, 2006
DATE

*Tyrone Albert Thompson*
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

AUG 2 4 2006

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE  CASE NUMBER: 42235/-R1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002