Attachment 1
Page 2 (front)
THA-1330.13B

## U. S. PENITENTIARY/FEDERAL PRISON CAMP

### Terre Haute, Indiana

### INFORMAL RESOLUTION FORM

Bureau of Prisons Program Statement 1330.13, Administrative Remedy Procedure for Inmates, states "Inmates shall informally present their complaints to staff, and staff attempt to informally resolve any issue before an inmate files a request for Administrative Remedy."

In keeping with the spirit and intent of Bureau of Prisons Program Statement 1330.13, the following form shall be utilized by staff in attempting to informally resolve an inmate's complaint.

### ONLY ONE (1) COMPLAINT SHALL BE PLACED ON EACH FORM

INMATE'S NAME: TYRONE THOMPSON REG. NO.: 05199-028 UNIT: F-2

DATE/TIME COMPLAINT RECEIVED FROM INMATE: 7-24-06 7:45 A.M.

NATURE OF COMPLAINT: SEE ATTACH SHEET

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: Your complaint has been forwarded to the SIA and will be addressed at that level. However, you will not be made aware of that out come.

THE APPLICABLE PROGRAM STATEMENT USED IN THIS INFORMAL RESOLUTION ATTEMPT: _____

INFORMAL RESOLUTION WAS ACCOMPLISHED: _____
                                        DATE

INMATE'S SIGNATURE: _____
            SIGNATURE INDICATES INMATE'S ACCEPTANCE OF
                         RESOLUTION

SECTION III. (UNIT TEAM REVIEW)

INFORMAL RESOLUTION WAS NOT ACCOMPLISHED: (✓) CHECK BOX

EXPLANATION FOR NON-RESOLUTION: TO BE COMPLETED BY COUNSELOR

Inmate was not satisfied with response given.

EXTENSION GRANTED ON: _____

EXTENSION GRANTED BY: _____
NAME AND TITLE

CORRECTIONAL COUNSELOR'S SIGNATURE: D. Burton DATE: 7/31/06

UNIT MANAGER'S COMMENTS, ASSISTANCE, AND REVIEW: _____

UNIT MANAGER'S SIGNATURE: [signature] DATE: 7-31-06

DATE ADMINISTRATIVE REMEDY ISSUED: 7/25/06

DATE ADMINISTRATIVE REMEDY RECEIVED BACK FROM INMATE: 7/31/06

IS DTRIBUTION:

1. IF COMPLAINT IS INFORMALLY RESOLVED BEFORE BEING RECEIPTED, CORRECTIONAL COUNSELORS SHALL MAINTAIN INFORMAL RESOLUTION FORM FOR FUTURE REFERENCE.

2. IF COMPLAINT IS NOT INFORMALLY RESOLVED, FORWARD ORIGINAL INFORMAL RESOLUTION FORM, ATTACHED TO ADMINISTRATIVE REMEDY, TO

U.S. DEPARTMENT OF JUSTICE                                   REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __THOMPSON TYRONE A.__   __05199-028__   __F-2__   __USPTH__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

SEE Attachment
INFORMAL RESOLUTION FORM

__7-30-2006__                                              __Tyrone Albert Thompson__
       DATE                                                     SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED AUG 2 [illegible] USP TERRE HAUTE

See Attachment

__8-16-06__                                                __[signature]__
       DATE                                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                CASE NUMBER: __422106-71__

                                                          CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT        INSTITUTION

SUBJECT: _____

_____                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)
   DATE                                                                          BP-229(13)
                                                                                 APRIL 1982

# AFFIDAIT

THE OFFICER IN CHARGE HERE IN THE SHU UNIT C/O Busecher HAS BEEN TAMPERING WITH MY OUTGOING U.S. POSTAL MAIL. ON 7/19/2006 APPROX 5:35PM C/O Busecher CAME TO MY CELL A#116 AND TOID ME THAT NO MAIL OF MINES WOUID EVER GO OUT AS LONG AS HE IS THE OFFICER IN CHARGE HERE IN THE SHU UNIT. THE USPTH A&O HANDBOOK Pg. 18-thu-Pg.19, TITLE CONTACT WITH COMMUNITY AND PUBLIC, FAMILY MEMBERS AND PUBLIC STATES THAT I HAVE A LEGAI RIGHT TO CORRESPOND WITH THE PUBLIC, FAMILY MEMBERS AND OTHERS WITHOUT PRIOR APPROVAL. C/O Buseche IS ABRUSING HIS AUTHORITY AS A CORRECTIONAL OFFICER AND IS IN VIOLATION OF FEDERAL LAW UNDER THE U.S. POSTAL SERVICE by TAMPERING WITH MY OUTGOING MAIL.

Jerome albert Thompson
REG 05199-028
7/21/2006

# AFFIDAIT

THE OFFICER IN CHARGE HERE IN THE SHU UNIT C/O Busecher HAS BEEN TAMPERING WITH MY OUTGOING U.S. POSTAL MAIL. ON 7/19/2006 APPROX 5:35PM C/O Busecher CAME TO MY CELL A#116 And TOld ME THAT NO MAIL OF MINES WOuld EVER GO OUT AS LONG AS HE IS THE OFFICER IN CHARGE HERE IN THE SHU UNIT. THE USPTH A&O HANdBOOK Pg. 18-thu-Pg.19, TItlE CONTACT WITH COMMUNITY ANd PuBLIC, FAMILY MEMBERS ANd PuBLIC STATES THAT I HAVE A LEGAl RIGHT TO CORRESPONd WITH THE PuBLIC, FAMILY MEMBERS ANd OTHERS WITHOUT PRIOR APPROVAL. C/O BUSECHE IS ABRUSING HIS AUTHORITY AS A CORRECTIONAL OFFICER ANd IS IN VIOLATION OF FEDERAL LAW UNDER THE U.S. POSTAL SERVICE bY TAMPERING WITH MY OUTGOING MAIL.

Jerome Albert Thompson
ReG 05199-028
7/21/2006

**Remedy ID: 422100-F1**

## PART B - RESPONSE

This is in response to your Administrative Remedy (BP-229), receipted August 2, 2006. Specifically, you allege unprofessional conduct by a staff member at the Federal Correctional Complex, United States Penitentiary, Terre Haute, Indiana.

A review of the issue raised in your BP-229 has been conducted. The Federal Bureau of Prisons, as well as the United States Penitentiary, Terre Haute, is tasked with providing a safe and secure environment while maintaining a high level of professionalism by all staff. All allegations are reviewed and referred to the appropriate Bureau of Prison's component for investigation.

Inmates are not advised or made aware of the outcome of the investigation. This is due to the rights of the individual in the employee disciplinary process.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_8-16 06_  
Date

Mark A. Bezy, Warden

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __THOMPSON TYRONE A.__  __05199-028__  __F2__  __USPTH__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

**Part A—REASON FOR APPEAL**

SEE ATTACHMENTS

__8/21/2006__　　　　　　　　__Tyrone Albert Thompson__
DATE　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**

SEP 2 7 2006

　　　　　　　　　　　　　　　　　　SEE ATTACHED RESPONSE

DATE　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE　　　　CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　_____　_____
USP LVN　DATE　　Previous editions not usable　SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Admin Remedy Number**: 422100-R1

This is in response to your Regional Administrative Remedy Appeal dated August 21, 2006, wherein you allege staff misconduct related to your mail.

We have reviewed your appeal. The Federal Bureau of Prisons takes allegations of staff misconduct very serious. Your allegations have been referred to the appropriate investigative component.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

9/22/06
Date

Michael K. Nalley, Regional Director

**U.S. Department of Justice**
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Thompson Tyrone A     05199-028     F-2     USPTH
   LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

THE OFFICER IN CHARGE HERE IN the SHU UNIT C/O BUSECHER HAS BEEN tAMPERING WITH MY OUTGOING U.S. POSTAL MAIL. ON 7/19/2006 APPROX 5:35 PM C/O BUSECHER CAME TO MY CELL A#116 AND told ME that NO MAIL OF MINES Would EVER GO Out AS LONG AS HE IS THE OFFICER IN ChARGE HERE IN the SHU UNIT. The USPTh A&O HANDBook PG#18 thu#19 titlE CONTACT WITH COMMUNITY AND Public. FAMILY MEMBERS AND Public STATES that I HAVE A LEGAL RIGHT TO CORRESPOND WITH OTHERS Public FAM. MEMBERS Without PRIOR APPROVAL. C/O BUSECHER IS ABRUSING his AUTHORITY AS A CORRECTIONAL OFFICER AND IS IN VIOLATION OF FEDERAL LAW UNDER THE U.S. POSTAL SERVICE BY tAMPERING With OutGoing MAIL

NOV 8, 2006
DATE

Tyrone Albert Thompson
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
NOV 1 5 2006
Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
DATE    SIGNATURE, AUTHORIZED OFFICIAL

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 422100-A2

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____    _____
DATE    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN       BP-231(13)
             APRIL 1982

**Administrative Remedy No. 422100-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege staff misconduct. You claim a staff member is tampering with your outgoing mail.

Staff conduct is governed by Bureau of Prisons Program Statement 3420.09, Standards of Employee Conduct. The Bureau of Prisons takes allegations of staff misconduct seriously. As indicated in your responses, your complaint of staff misconduct was forwarded to another Bureau component for further review. This response is provided for informational purposes only.

_January 9, 2007_
Date

_Harrell Watts_, Administrator
National Inmate Appeals